THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY L. ELLIS**  **PLAINTIFF**

**v.**  **Case No. 4:20-cv-00028-KGB**

**NIKITA BORDERS,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Corey L. Ellis, who was incarcerated previously, filed a complaint pursuant to 42 U.S.C. § 1983 alleging violations of his federally protected rights (Dkt. No. 2). On April 9, 2020, the Court entered an Order directing that Mr. Ellis submit an amended complaint to address the deficiencies outlined by the Court in its Order (Dkt. No. 4). More than 30 days have passed since the Court entered its prior Order. To date, Mr. Ellis has not filed an amended complaint in this action. As a result, this action is subject to dismissal without prejudice by the Court. *See* Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.").

For these reasons, the Court dismisses this case without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

So ordered this 19th of January, 2021.

Kristine G. Baker
United States District Judge

2